537 F.2d 1142
 U. S.
v.
Dougherty*#
 No. 76-1072
 United States Court of Appeals, Fifth Circuit
 8/17/76
 
 1
 S.D.Tex.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.
 
 
 ***
 Opinion contains citation(s) or special notations